| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **David**<br>First name<br><br>**Michael**<br>Middle name<br><br>**Peters**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8967** | |

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**             page 1

Debtor 1  **David Michael Peters**                                   Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  The Oracle Lawyers (EIN 33-0540459)**<br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **308 Flores de Oro (guest house)**<br>**Rancho Santa Fe, CA 92067**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **David Michael Peters**                                        Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

- ☒ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **David Michael Peters**                              Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.  Go to Part 4.

■ Yes.  Name and location of business

**The Oracle Lawyers**
Name of business, if any

**191 Calle Magdalena, Suite 200**
**Encinitas, CA 92024**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                          page 4

Debtor 1  **David Michael Peters**                                    Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **David Michael Peters**    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ David Michael Peters    _____
**David Michael Peters**    Signature of Debtor 2
Signature of Debtor 1

Executed on  **January 10, 2022**    Executed on  _____
           MM / DD / YYYY              MM / DD / YYYY

Debtor 1  **David Michael Peters**                                      Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kit J. Gardner**                                          Date    **January 10, 2022**
Signature of Attorney for Debtor                                        MM / DD / YYYY

**Kit J. Gardner**
Printed name

**Law Offices of Kit J. Gardner**
Firm name

**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone  **619-525-9900**                      Email address  **kgardner@gardnerlegal.com**

**161736 CA**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

Certificate Number: 12459-CAS-CC-036252218



12459-CAS-CC-036252218

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 10, 2022</u>, at <u>7:11</u> o'clock <u>AM PST</u>, <u>David M Peters</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 10, 2022</u>          By:     <u>/s/Leigh Miller</u>

                                        Name:   <u>Leigh Miller</u>

                                        Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **David Michael Peters** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Brian Worthington
7676 Hazard Center Dr #900
San Diego, CA 92108

What is the nature of the claim?   **Attorney Fees**   **$12,500.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact
Contact phone

**2**
Christina Baine DeJardin
Delphi Law Group, LLP
1901 Camino Vida Roble #100
Carlsbad, CA 92008

What is the nature of the claim?   **Partnership Dispute**   **$2 -3 million**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -

Contact

B104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **David Michael Peters**                         Case number *(if known)*

Contact phone                                                 Unsecured claim

| 3 | | | | |
|---|---|---|---|---|
| | James R. McCormick, Jr.<br>Delphi Law Group, LLP<br>1901 Camino Vida Roble #100<br>Carlsbad, CA 92008 | What is the nature of the claim? | **Partnership Dispute** | **Same as #2 (joint)** |
| | | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | | |
| | Contact<br>Contact phone | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>    Value of security:<br>    Unsecured claim | - | |

| 4 | | | | |
|---|---|---|---|---|
| | Janet M. Peters<br>308 Flores de Oro<br>Rancho Santa Fe, CA 92067 | What is the nature of the claim? | **Divorce, indemnification** | **$8 - $15 million** |
| | | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>☐ None of the above apply | | |
| | Contact<br>Contact phone | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>    Value of security:<br>    Unsecured claim | - | |

| 5 | | | | |
|---|---|---|---|---|
| | Judicate West<br>1851 E. First Street<br>Suite 1600<br>Santa Ana, CA 92705 | What is the nature of the claim? | **Arbitration Fees** | **$47,916.25** |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply | | |
| | Contact<br>Contact phone | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>    Value of security:<br>    Unsecured claim | - | |

| 6 | | | | |
|---|---|---|---|---|
| | Kyle E. Lakin<br>Delphi Law Group, LLP<br>1901 Camino Vida Roble #100<br>Carlsbad, CA 92008 | What is the nature of the claim? | **Partnership Dispute** | **Same as #2 (joint)** |
| | | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **David Michael Peters**  Case number *(if known)*

|   |   |
|---|---|
| Contact | ☐ None of the above apply |
| Contact phone | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security: -<br>Unsecured claim |

**7**

Michael Quade
3377 Carmel Mountain Road
Suite 150
San Diego, CA 92121

What is the nature of the claim?  **Professional Fees**  $88,630.66

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**8**

Morningside Community Assn
82 Mayfair Dr
Rancho Mirage, CA 92270

What is the nature of the claim?  **Owners Association**  $400,000 - 600,000

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**9**

New York Marine & Gen Ins Co
412 Mt. Kemble Ave. #300C
Morristown, NJ 07960

What is the nature of the claim?  **Insurance Defense**  $100,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**10**

What is the nature of the claim?  **Professional Fees**  $11,771.38

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **David Michael Peters**  Case number *(if known)*

**Preovolos Lewin ALC**
**451 A Street**
**Suite 1600**
**San Diego, CA 92101**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:                -
　　　　Unsecured claim

Contact
Contact phone

**11**
**Smart Corner Owners Assn**
**1080 Park Blvd**
**San Diego, CA 92101**

What is the nature of the claim?  **Owners Association**  **$1 - $1.5 million**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:                -
　　　　Unsecured claim

Contact
Contact phone

**12**
**The Kaseno CPA Firm, APC**
**12707 High Bluff Drive**
**Suite 200**
**San Diego, CA 92130**

What is the nature of the claim?  **Professional Fees**  **$27,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:                -
　　　　Unsecured claim

Contact
Contact phone

**13**
**Zachary R. Smith**
**Delphi Law Group, LLP**
**1901 Camino Vida Roble #100**
**Carlsbad, CA 92008**

What is the nature of the claim?  **Partnership Dispute**  **Same as #2 (joint)**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Debtor 1  **David Michael Peters**  Case number *(if known)*

Contact phone

Value of security:
Unsecured claim   -

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ David Michael Peters**          X
**David Michael Peters**                  Signature of Debtor 2
Signature of Debtor 1

Date  **January 10, 2022**               Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**CSD 1008** [08/21/00]

Name, Address, Telephone No. & I.D. No.
**Kit J. Gardner**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
**619-525-9900**
**161736 CA**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**David Michael Peters**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.        TOTAL NO. OF CREDITORS: **18**

☐ Conversion filed on _____. *See instructions on reverse side.*
  ☐ Former Chapter 13 converting.  Creditor diskette required.        TOTAL NO. OF CREDITORS: _____
  ☐ Post-petition creditors added.  Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:   **January 10, 2022**            **/s/ David Michael Peters**
                                        **David Michael Peters**
                                        Signature of Debtor

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
**CSD 1008**

`CSD 1008 (Page 2)` [08/21/00]

# INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                                   Best Case Bankruptcy

Alton G. Burkhalter
Burkhalter Kessler et al.
2020 Main Street, Suite 600
Irvine, CA 92614


Brian Worthington
7676 Hazard Center Dr #900
San Diego, CA 92108


Christina Baine DeJardin
Delphi Law Group, LLP
1901 Camino Vida Roble #100
Carlsbad, CA 92008


James R. McCormick, Jr.
Delphi Law Group, LLP
1901 Camino Vida Roble #100
Carlsbad, CA 92008


Janet M. Peters
308 Flores de Oro
Rancho Santa Fe, CA 92067


Jeffrey A. Charlston
 Charlston Revich et al
1925 Century Park East #320
Los Angeles, CA 90067


Judicate West
1851 E. First Street
Suite 1600
Santa Ana, CA 92705


Kenneth S. Kasdan
KASDAN LIPPSMITH TURNER LLP
18100 Von Karman Ave. #750
Irvine, CA 92612

```
Kyle E. Lakin
Delphi Law Group, LLP
1901 Camino Vida Roble #100
Carlsbad, CA 92008


Michael Quade
3377 Carmel Mountain Road
Suite 150
San Diego, CA 92121


Michele B. Brown
Procopio
525 B Street, Suite 2200
San Diego, CA 92101


Morningside Community Assn
82 Mayfair Dr
Rancho Mirage, CA 92270


New York Marine & Gen Ins Co
412 Mt. Kemble Ave. #300C
Morristown, NJ 07960


Preovolos Lewin ALC
451 A Street
Suite 1600
San Diego, CA 92101


Smart Corner Owners Assn
1080 Park Blvd
San Diego, CA 92101


The Kaseno CPA Firm, APC
12707 High Bluff Drive
Suite 200
San Diego, CA 92130
```

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104


Zachary R. Smith
Delphi Law Group, LLP
1901 Camino Vida Roble #100
Carlsbad, CA 92008